UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
ZAKIA PARVEEN and MAHMOOD SHAHID,

    Plaintiff,          JUDGMENT
 v.               22-CV-3213 (RPK)(SIL)

WELLS FARGO BANK, N.A., ROSICKI, ROSICKI &
ASSOCIATES, P.C., and SURESH BUDHOO,

    Defendants.
---------------------------------------------------------- X

  An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on July 26, 2023, adopting the Report and Recommendation of Magistrate Judge Steven I. Locke, dated June 6, 2023, granting Wells Fargo's Motion; dismissing Plaintiffs'; denying Defendant's request for sanctions; it is

  ORDERED and ADJUDGED that Wells Fargo's Motion to Dismiss is granted; that Plaintiffs' Complaint is dismissed; that Defendant's request for sanctions is denied; that Plaintiffs are nevertheless advised that repeated filings of a complaint based upon the same facts and issues may result in the issuance of an order prohibiting them from filing any future lawsuits in this Court without first obtaining leave of the Court; and that Plaintiffs are advised that they must annex a copy of this Order to any complaint they file in the United States District Court for the Eastern District of New York in the next year; Failure to abide by any of the terms of this Order may result in the imposition of sanctions.

Dated: Brooklyn, NY             Brenna B. Mahoney
   July 27, 2023             Clerk of Court

                        By: */s/Jalitza Poveda*
                          Deputy Clerk